**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____   Chapter **11**

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **COOKEVILLE PLATINUM, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA HOLIDAY INN EXPRESS HOTEL & SUITES** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-0399422** |
| 4. | **Debtor's address** | **Principal place of business** **1228 BUNKER HILL ROAD** **Cookeville, TN 38506** Number, Street, City, State & ZIP Code  **Putnam** County | **Mailing address, if different from principal place of business** **111 BROADWAY** **SUITE 300** **Nashville, TN 37201** P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**    Relationship _____
District _____   When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**    ☐ $0 - $50,000    ■ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion

Debtor **COOKEVILLE PLATINUM, LLC** Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 29, 2023**
MM / DD / YYYY

X **/s/ MITCH PATEL**
Signature of authorized representative of debtor

**MITCH PATEL**
Printed name

Title **MANAGER OF LLC**

**18. Signature of attorney**

X **/s/ Steven L. Lefkovitz**
Signature of attorney for debtor

Date **September 29, 2023**
MM / DD / YYYY

**Steven L. Lefkovitz 5953**
Printed name

**LEFKOVITZ & LEFKOVITZ**
Firm name

**908 HARPETH VALLEY PLACE**
**NASHVILLE, TN 37221**
Number, Street, City, State & ZIP Code

Contact phone **615-256-8300**       Email address **slefkovitz@lefkovitz.com**

**5953 TN**
Bar number and State

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **DESTIN PLATINUM, LLC** | | Relationship to you | |
| District | **TO BE FILED IN THE MIDDLE DISTRICT OF TN** | When | Case number, if known | |
| Debtor | **LEBANON PLATINUM, LLC** | | Relationship to you | |
| District | **TO BE FILED IN THE MIDDLE DISTRICT OF TN** | When | Case number, if known | |
| Debtor | **MURFREESBORO PLATINUM, LLC** | | Relationship to you | |
| District | **TO BE FILED IN THE MIDDLE DISTRICT OF TN** | When | Case number, if known | |
| Debtor | **PLATINUM GATEWAY II, LLC** | | Relationship to you | |
| District | **TO BE FILED IN THE MIDDLE DISTRICT OF TN** | When | Case number, if known | |
| Debtor | **VMV, LLC** | | Relationship to you | |
| District | **TO BE FILED IN THE MIDDLE DISTRICT OF TN** | When | Case number, if known | |

**Fill in this information to identify the case:**

Debtor name    **COOKEVILLE PLATINUM, LLC**

United States Bankruptcy Court for the:    **MIDDLE DISTRICT OF TENNESSEE**

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 29, 2023**    X **/s/ MITCH PATEL**
                                                       Signature of individual signing on behalf of debtor

                                                       **MITCH PATEL**
                                                       Printed name

                                                       **MANAGER OF LLC**
                                                       Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **COOKEVILLE PLATINUM, LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF TENNESSEE**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Amazon Capital Services<br>P.O. Box 509058<br>San Diego, CA 92150 | | | | | | **$351.97** |
| AUSDM - Residence Inn San Marcos<br>9901 South I H 35W<br>Grandview, TX 76050 | | | | | | **$160.50** |
| Avalara Inc<br>P.O. Box 101074<br>Atlanta, GA 30392 | | | | | | **$47,595.52** |
| County of Putnam<br>300 E Spring St # 2, Cookeville<br>Cookeville, TN 38501 | | | | | | **$70,433.00** |
| Darian Coons<br>Cookeville City Clerk<br>111 Broadway Suite 300<br>Nashville, TN 37201 | | | | | | **$27,210.16** |
| Edward Don & Company<br>PO Box 035184<br>Seattle, WA 98124 | | | | | | **$403.25** |
| Guest Supply<br>P.O. Box 306225<br>Kraft Dr<br>Nashville, TN 37230 | | | | | | **$1,649.04** |
| HD Supply | | | | | | **$164.32** |
| IHG Hotels Group<br>156 Fifth Ave 7th Floor<br>New York, NY 10010 | | | | | | **$39,567.50** |

Debtor **COOKEVILLE PLATINUM, LLC**　　Case number *(if known)*
　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **LEBFR - Hampton Inn & Suites - Lebanon**<br>**625 Commercial Loop BLD 2**<br>**San Marcos, TX 78666** | | | | | | $1,707.00 |
| **Order**<br>**300 Davidson Avenue**<br>**Somerset, NH 08873** | | | | | | $2,218.71 |
| **Orkin**<br>**2562 Paysphere Circle**<br>**Chicago, IL 60674** | | | | | | $1,238.14 |
| **Platinum Management Services**<br>**300 E Spring St #2**<br>**Cookeville, TN 38501** | | | | | | $11,552.44 |
| **Putman County Trustee**<br>**1065 Franklin Rd**<br>**Lebanon, TN 37090** | | | | | | $8,835.00 |
| **Putnam County** | | | | | | $63,943.00 |
| **Royal Cup Coffee**<br>**P O BOX 310**<br>**Cookeville, TN 38503** | | | | | | $1,279.87 |
| **SummitBridge National Investments VIII L**<br>**300 E Spring St Room 2 Courthouse**<br>**Cookeville, TN 38501** | | | | | | $4,816,696.34 |
| **Sysco**<br>**P.O. Box 6771, Somerset**<br>**Somerset, NJ 08875** | | | | | | $2,010.63 |
| **Uniguest**<br>**PO Box 841000**<br>**Dallas, TX 75284** | | | | | | $1,504.41 |
| **Wilson County Trustee**<br>**Wilson County Trustee**<br>**PO Box 865**<br>**Lebanon, TN 37088** | | | | | | $132,488.00 |

| | | |
|---|---|---|
| COOKEVILLE PLATINUM, LLC<br>111 BROADWAY<br>SUITE 300<br>NASHVILLE TN 37201 | IHG HOTELS GROUP<br>156 FIFTH AVE 7TH FLOOR<br>NEW YORK NY 10010 | UNIGUEST<br>PO BOX 841000<br>DALLAS TX 75284 |
| STEVEN L. LEFKOVITZ<br>LEFKOVITZ & LEFKOVITZ<br>908 HARPETH VALLEY PLACE<br>NASHVILLE, TN 37221 | LEBFR - HAMPTON INN & SUITES - LEBANON<br>625 COMMERCIAL LOOP BLD 2<br>SAN MARCOS TX 78666 | WILSON COUNTY TRUSTEE<br>WILSON COUNTY TRUSTEE<br>PO BOX 865<br>LEBANON TN 37088 |
| AMAZON CAPITAL SERVICES<br>P.O. BOX 509058<br>SAN DIEGO CA 92150 | ORDER<br>300 DAVIDSON AVENUE<br>SOMERSET NH 08873 | |
| AUSDM - RESIDENCE INN SAN MARCOS<br>9901 SOUTH I H 35W<br>GRANDVIEW TX 76050 | ORKIN<br>2562 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 | |
| AVALARA INC<br>P.O. BOX 101074<br>ATLANTA GA 30392 | PLATINUM MANAGEMENT SERVICES<br>300 E SPRING ST #2<br>COOKEVILLE TN 38501 | |
| COUNTY OF PUTNAM<br>300 E SPRING ST # 2, COOKEVILLE<br>COOKEVILLE TN 38501 | PUTMAN COUNTY TRUSTEE<br>1065 FRANKLIN RD<br>LEBANON TN 37090 | |
| DARIAN COONS COOKEVILLE CITY CLERK<br>111 BROADWAY SUITE 300<br>NASHVILLE TN 37201 | PUTNAM COUNTY | |
| EDWARD DON & COMPANY<br>PO BOX 035184<br>SEATTLE WA 98124 | ROYAL CUP COFFEE<br>P O BOX 310<br>COOKEVILLE TN 38503 | |
| GUEST SUPPLY<br>P.O. BOX 306225 KRAFT DR<br>NASHVILLE TN 37230 | SUMMITBRIDGE NATIONAL INVESTMENTS VIII L<br>300 E SPRING ST ROOM 2 COURTHOUSE<br>COOKEVILLE TN 38501 | |
| HD SUPPLY | SYSCO<br>P.O. BOX 6771, SOMERSET<br>SOMERSET NJ 08875 | |